IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROCK A. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 14-cv-1113-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

**ORDER for ATTORNEY'S FEES**

**PROUD, Magistrate Judge:**

Before the Court is Defendant's Agreed Motion to Award Attorney Fees and Expenses.  **(Doc. 28).**

The parties have agreed that plaintiff is entitled to an award in the amount of $4,701.88 for attorney's fees.  The parties agree that this award shall fully satisfy any claims for fees, costs and expenses that may be payable in this case under Equal Access to Justice Act, 28 U.S.C. §2412 and $0.00 for costs.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).  The Court further finds that the agreed upon amount is reasonable and appropriate.

Defendant's Agreed Motion **(Doc. 28)** is **GRANTED**.  The Court awards plaintiff Rock A. Wright the sum of **$4,701.00** (four thousand, seven hundred one dollars and eighty-eight cents) for attorney's fees pursuant to the Equal Access to

1

Justice Act.   These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   January 27, 2016.**


                                                       s/ Clifford J. Proud
                                                     **CLIFFORD J. PROUD**
                                                     **UNITED STATES MAGISTRATE JUDGE**